Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yvonne Annette Root,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No: 2:22cv-00119-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, September 30, 2022, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  08/31/2022                                           / s / Joseph Fraulob
                                                                           Joseph Fraulob
                                                                           Attorney for Plaintiff

Dated:  08/31/2022                                           / s / Caspar Chan
                                                                           Caspar Chan
                                                                           Special Assistant U.S. Attorney
                                                                           Attorney for Defendant

IT IS SO ORDERED.

Dated:  September 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE